FILED

2013 OCT 11  PM 2:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CINDY OMIDI,<br>　aka "Nahid Omidi,"<br>　aka "Nahid Pezeshk,"<br>　aka "Cindy Pezeshk,"<br><br>　　　　Defendant. | CR No. 13-00739<br><br>**I N D I C T M E N T**<br><br>[31 U.S.C. §§ 5324(a)(3),<br>(d)(2): Structuring<br>Transactions to Evade Reporting<br>Requirements; 18 U.S.C. § 2:<br>Aiding and Abetting and Causing<br>an Act to be Done; 31 U.S.C.<br>§ 5317(c): Criminal Forfeiture] |

The Grand Jury Charges:

[31 U.S.C. § 5324(a)(3), (d)(2); 18 U.S.C. § 2]

A.  INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.  The Bank Secrecy Act ("BSA") was a set of laws and regulations enacted to address an increase in criminal money laundering through financial institutions.  In order to combat money laundering, the BSA required domestic financial institutions to file reports and maintain customer information for cash transactions that exceeded certain amounts.

2.   The United States Postal Service ("USPS") was a domestic financial institution under the BSA.

3.   The BSA required the USPS and other financial institutions to obtain information about any customer who purchased $3,000 or more in money orders using cash.  The USPS was required to maintain that information and report it to the government upon request.  The BSA also required the USPS and other financial institutions to file a Currency Transaction Report ("CTR") for any transaction involving more than $10,000 in cash.

4.   The USPS required its customers who used cash to purchase $3,000 or more in money orders to show proper identification and fill out Postal Service Form 8105-A, also called a Funds Transaction Report ("FTR".)  FTRs recorded information about the person who brought the cash to the Post Office to purchase the money orders.

5.   The USPS operated facilities at the following locations, all within the Central District of California:

  a.   Wilshire Business Center Post Office, 10920 Wilshire Boulevard, Los Angeles, California 90024 ("Wilshire Business Center");

  b.   Village Station Post Office, 11000 Wilshire Boulevard, Los Angeles, California 90024 ("Village Station");

  c.   West LA Finance Center, 11420 Santa Monica Boulevard, Los Angeles, California 90025 ("West LA Finance Center"); and

  d.   Beverly Hills Main Post Office, 325 Maple Drive, Beverly Hills, California 90210 ("Beverly Hills Main").

6. Defendant CINDY OMIDI, also known as ("aka") "Nahid Omidi," aka "Nahid Pezeshk," aka "Cindy Pezeshk" ("defendant C. OMIDI"), resided in Los Angeles County, California, within the Central District of California, and maintained a Post Office Box at Village Station.

B. DEFENDANT C. OMIDI'S STRUCTURING

7. Between in or about July 2008 through in or about December 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant C. OMIDI, together with others known and unknown to the Grand Jury, knowingly and for the purpose of evading the reporting requirements of Sections 5313(a) and 5325 of Title 31, United States Code, and the regulations promulgated thereunder, structured, assisted in structuring, attempted to structure and assist in structuring, and aided and abetted in structuring and caused to be structured, the following transactions, among others, with a domestic financial institution, namely, the USPS, as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| Date | Subtotal | Money Order Amount | Money Order Serial # | Post Office |
|---|---|---|---|---|
| 8/14/08 | $900 | $900 | 12656224113 | Village Station |
|  | $2,900 | $1,000 | 93648743548 | Wilshire Business Center |
|  |  | $1,000 | 93648743550 |  |
|  |  | $900 | 93648743561 |  |
| 8/25/08 | $1,000 | $1,000 | 12656222886 | Village Station |
|  | $2,900 | $1,000 | 93648745484 | Wilshire Business Center |
|  |  | $1,000 | 93648745495 |  |
|  |  | $900 | 93648745506 |  |
| 9/16/08 | $900 | $900 | 12656228207 | Village Station |
|  | $2,900 | $1,000 | 93648748151 | Wilshire Business Center |
|  |  | $1,000 | 93648748162 |  |
|  |  | $900 | 93648748173 |  |

| Date | Subtotal | Money Order Amount | Money Order Serial # | Post Office |
|---|---|---|---|---|
| 9/24/08 | $2,900 | $1,000 | 12332452476 | Beverly Hills Main |
|  |  | $1,000 | 12332452487 |  |
|  |  | $900 | 12332452498 |  |
|  | $2,900 | $1,000 | 12656794781 | West LA Finance Station |
|  |  | $1,000 | 12656794792 |  |
|  |  | $900 | 12656794803 |  |
| 9/27/08 | $2,900 | $1,000 | 12655758936 | Beverly Hills Main |
|  |  | $1,000 | 12655758947 |  |
|  |  | $900 | 12655758958 |  |
|  | $2,900 | $1,000 | 13013233200 | West LA Finance Station |
|  |  | $1,000 | 13013233211 |  |
|  |  | $900 | 13013233222 |  |
| 10/15/08 | $2,900 | $1,000 | 13013240534 | West LA Finance Center |
|  |  | $1,000 | 13013240545 |  |
|  |  | $900 | 13013240556 |  |
|  | $2,900 | $1,000 | 93648815807 | Wilshire Business Center |
|  |  | $1,000 | 93648815818 |  |
|  |  | $900 | 93648815820 |  |
|  | $900 | $900 | 12656229704 | Village Station |
| 10/17/08 | $2,900 | $1,000 | 12655770592 | Beverly Hills Main |
|  |  | $1,000 | 12655770603 |  |
|  |  | $900 | 12655770614 |  |
| 10/20/08 | $2,900 | $1,000 | 12655766643 | Beverly Hills Main |
|  |  | $1,000 | 12655766654 |  |
|  |  | $900 | 12655766665 |  |
|  | $2,900 | $1,000 | 13013248140 | West LA Finance Center |
|  |  | $1,000 | 13013248151 |  |
|  |  | $900 | 13013248162 |  |
| 10/22/08 | $2,900 | $1,000 | 09102144690 | Beverly Hills Main |
|  |  | $1,000 | 09102144701 |  |
|  |  | $900 | 09102144712 |  |
|  | $2,900 | $1,000 | 93648817945 | Wilshire Business Center |
|  |  | $1,000 | 93648817956 |  |
|  |  | $900 | 93648817967 |  |
| 10/29/08 | $2,900 | $1,000 | 93648818733 | Wilshire Business Center |
|  |  | $1,000 | 93648818744 |  |
|  |  | $900 | 93648818755 |  |
| 10/30/08 | $2,900 | $1,000 | 93648818867 | Wilshire Business Center |
|  |  | $1,000 | 93648818878 |  |
|  |  | $900 | 93648818902 |  |

| Date | Subtotal | Money Order Amount | Money Order Serial # | Post Office |
|---|---|---|---|---|
| 10/31/08 | $2,900 | $1,000 | 16366202594 | Beverly Hills Main |
| | | $1,000 | 16366202605 | |
| | | $900 | 16366202616 | |
| 11/5/08 | $2,900 | $1,000 | 93552311237 | Wilshire Business Center |
| | | $1,000 | 93552311248 | |
| | | $900 | 93552311250 | |
| 11/6/08 | $2,900 | $1,000 | 16366202752 | Beverly Hills Main |
| | | $1,000 | 16366202763 | |
| | | $900 | 16366202774 | |
| 11/12/08 | $2,900 | $1,000 | 16366183007 | Beverly Hills Main |
| | | $1,000 | 16366183018 | |
| | | $900 | 16366183020 | |
| | $2,900 | $1,000 | 93552311981 | Wilshire Business Center |
| | | $1,000 | 93552311992 | |
| | | $900 | 93552312003 | |
| 11/18/08 | $2,900 | $1,000 | 93552313048 | Wilshire Business Center |
| | | $1,000 | 93552313050 | |
| | | $900 | 93552313061 | |
| 11/19/08 | $2,900 | $1,000 | 16366189048 | Beverly Hills Main |
| | | $1,000 | 16366189050 | |
| | | $900 | 16366189061 | |
| 12/9/08 | $2,900 | $1,000 | 16366185145 | Beverly Hills Main |
| | | $1,000 | 16366185156 | |
| | | $900 | 16366185167 | |
| 12/10/08 | $2,900 | $1,000 | 93552316391 | Wilshire Business Center |
| | | $1,000 | 93552316402 | |
| | | $900 | 93552316413 | |
| 10/15/09 | $2,900 | $1,000 | 50239891888 | Wilshire Business Center |
| | | $1,000 | 50239891890 | |
| | | $900 | 50239891901 | |
| 10/16/09 | $1,900 | $1,000 | 50239891991 | Wilshire Business Center |
| | | $900 | 50239892013 | |
| 11/24/09 | $2,900 | $1,000 | 50239896480 | Wilshire Business Center |
| | | $1,000 | 50239896491 | |
| | | $900 | 50239896502 | |
| 11/25/09 | $2,900 | $1,000 | 50239896625 | Wilshire Business Center |
| | | $1,000 | 50239896636 | |
| | | $900 | 50239896647 | |

FORFEITURE ALLEGATION

[31 U.S.C. § 5317(c)]

8. The Grand Jury incorporates and realleges paragraphs One through Seven of this Indictment above as though fully set forth in their entirety herein for the purpose of alleging forfeiture pursuant to the provisions of Title 31, United States Code, Section 5317(c).

9. Defendant C. OMIDI, if convicted of the offense charged in this Indictment, shall forfeit to the United States the following property:

   a. All right, title, and interest in any and all property involved in the offense committed in violation of Title 31, United States Code, Section 5324(a)(3), and all property traceable to such property, including the following:

      (1) all money or other property that was the subject of each transaction conducted in violation of Title 31, United States Code, Section 5324(a)(3);

      (2) all property traceable to money or property described in this paragraph 2.a.(1).

   b. A sum of money equal to the total amount of money involved in the offense committed in violation of Title 31, United States Code, Section 5324(a)(3).

10. If, as a result of any act or omission by defendant C. OMIDI, any of the foregoing money or property (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property that cannot be subdivided without difficulty, then any other property or interests of defendant C. OMIDI, up to the value of the money and property described in the preceding paragraph of this Indictment, shall be subject to forfeiture to the United States.

A TRUE BILL

/S/

Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

CONSUELO S. WOODHEAD
Assistant United States Attorney
Deputy Chief, Major Frauds Section

AARON M. MAY
Assistant United States Attorney
Major Frauds Section

DAVID L. KIRMAN
Assistant United States Attorney
Major Frauds Section