PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California



UNITED STATES OF AMERICA

v.

Docket No. CR13-00739-SVW

Cindy Omidi

On August 10, 2015, Cindy Omidi was placed on Probation for a term of 36 months. To date she has completed 18 months of her 36 month Probation term and supervision is scheduled to terminate on August 9, 2018. She has satisfied all of the special conditions ordered by the Court.

Respectfully submitted,

/S/ DILLON FELKEL
U.S. Probation Officer Assistant

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7TH Day of Feb, 20 17.

United States District Judge