Ryan D. Kashfian (State Bar No. 265293)
Robert A. Kashfian (State Bar No. 263173)
Olga Y. Novak (State Bar No. 298969)
KASHFIAN & KASHFIAN LLP
1875 Century Park East, Suite 1340
Century City, California 90067-2514
Tel. (310) 751-7578
Fax. (310) 751-7579

Attorneys for Defendant
Cindy Omidi

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>vs.<br><br>Cindy Omidi<br><br>    Defendant | Case No. CR 13-00739-SVW<br><br>**JOINT STIPULATION TO RETURN PASSPORT TO DEFENDANT CINDY OMIDI** |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys Kristen Williams, and defendant Cindy Omidi ("Omidi"), by and through her counsel of record, Ryan D. Kashfian, hereby stipulate as follows:

1.      As a condition of the appearance bond entered in this case, Mrs. Omidi was required to surrender any passports she had to the clerk of the court, Dkt. 18, and Mrs. Omidi surrendered her passport to pre-trial services.

2.      On August 10, 2015, Mrs. Omidi was sentenced to probation. Dkts. 442, 443.

3.      In addition, on December 1, 2015, the court issued an order granting a money judgment forfeiture, Dkt. 467, and on February 3, 2016, Mrs. Omidi satisfied the money judgment, Dkt. 474.

4.      On February 7, 2017, the court issued a report and order terminating probation prior to original expiration date. Dkt. 496. The report found that Mrs. Omidi had completed all of the requirements involving her sentencing and that she had met all of

1  the special conditions for probation as ordered by this court and stated that she was

2  "discharged from supervision and the proceedings in the case be terminated." *Id*.

3       5.    On March 19, 2017, pre-trial services indicated that it will release the

4  passport to Mrs. Omidi upon the court issuing an order approving pre-trial services to

5  return the passport. Pre-trial services stated that Mrs. Omidi is a US Citizen and that,

6  unless the Court provides an order to return the passport to Mrs. Omidi, pre-trial services

7  in due course will forward the passport to the State Department. Pre-trial services has no

8  objection to returning the passport to Mrs. Omidi.

9       6.    Accordingly, counsel respectfully request that the Court enter an order

10  having pre-trial services return the passport to Mrs. Omidi.

11       IT IS SO STIPULATED.

13  DATED: March 13, 2017         KASHFIAN & KASHFIAN, LLP

16                        By: /s/ Ryan D. Kashfian
                           Ryan D. Kashfian
17                      Counsel for Defendant
                      Cindy Omidi

19  DATED: March 13, 2017         KRISTEN WILLIAMS
                      Assistant United States Attorney

22                        By: /s/Kristen Williams
23                         Kristen Williams
                      Counsel for Plaintiff
                      United States of America