# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff<br><br>vs.<br><br>Cindy Omidi<br><br>  Defendant | Case No. CR 13-00739-SVW<br><br>**ORDER GRANTING JOINT STIPULATION TO RETURN PASSPORT TO DEFENDANT CINDY OMIDI** |

Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that pre-trial services return defendant Cindy Omidi's passport to defendant Cindy Omidi, forthwith.

ITS SO ORDERED.

Dated: March 20, 2017

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Case No. CR 13-00739-SVW                    1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RETURN PASSPORT TO DEFENDANT CINDY OMIDI