UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-50252 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00739-SVW-1 |
| v. | Central District of California, Los Angeles |
| JULIAN OMIDI, | |
| Intervenor-Appellant. | ORDER |



Before: CANBY and MURGUIA, Circuit Judges.

Appellant's emergency motion to expedite (Docket Entry No. 40) is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained. No further motions to expedite consideration of this appeal will be considered on an emergency basis.

Appellant's "motion for an order to show cause re: sanctions" and motion for leave to file an enlarged motion (Docket Entry No. 31), amended motion to compel the government to supplement the record on appeal (Docket Entry No. 32, 39), and any related filings are referred to the panel that will be assigned to consider the merits of this appeal.

The opening brief has been filed. Appellee's motion for an extension of time to file the answering brief and to file responses to appellant's pending motions (Docket Entry No. 33) is granted. The answering brief is now due August 14,

KML/MOATT

2017. The optional reply brief is due within 21 days after service of the answering brief.